**Arthur Jay HIRSCH, Plaintiff–Appellant,**

v.

**Dean W. WITHERS; Farmers & Merchants Bank of Timberville, Defendants–Appellees.**

No. 01–1494.

United States Court of Appeals, Fourth Circuit.

Submitted May 31, 2001.

Decided June 8, 2001.

Arthur Jay Hirsch, pro se. David Alvin Penrod, Hoover, Penrod, Davenport & Crist, Harrisonburg, VA, for appellees.

Before WILKINS, TRAXLER, and KING, Circuit Judges.

PER CURIAM.

Arthur Jay Hirsch appeals the district court's order dismissing his civil complaint. Our review of the record and the district court's opinion discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. *Hirsch v. Withers,* No. CA–00–98–5 (W.D.Va. March 9, 2001). We deny Hirsch's motion for declaratory judgment and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*